# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PEOPLES UNITED EQUIPMENT FINANCE CORP., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 12cv842<br>) |
| ZONNEX TRANS INC., LUKA UNLIMITED, INC., and KINGA M. SAVIC, an individual, | ) Honorable Judge John F. Grady<br>)<br>) Magistrate Judge Maria Valdez |
| Defendants. | ) |

## MEMORANDUM OF JUDGMENT

On February 6, 2012, a foreign Judgment was registered in favor of Plaintiff, Peoples United Equipment Finance Corp., and against Defendant, KINGA M. SAVIC, whose last known address is 1429 Granville Avenue, Park Ridge, Illinois 60068, in the amount of Five Hundred Forty Thousand, Three Hundred Ninety Dollars and Two Cents ($540,390.02), plus costs of court and post-judgment interest.

_____
Honorable John F. Grady

March 21, 2012

AFTER RECORDING, PLEASE RETURN TO:

Charles E. Harper, Jr.
QUARLES & BRADY LLP
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654
(312) 715-5000